**FILED**

**DEC 20 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00531 JF-~~PVT~~ RS |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RS |
| vs. | ) | |
| DENNIS MAI, | ) | |
| Defendants | ) | |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Dennis Mai to drive from the Northern District of California, to Central District of California from December 25, 2005, to December 28, 2005. While in Los Angeles, Dennis Mai will stay with his sister, Jeannie Mai, who resides at 1331 Mansfield Avenue, Los Angeles, 90028.

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED: 12/19/05

_____
United States Magistrate Judge

RS
[~~PROPOSED~~] ORDER

1