FILED

DEC 2 1 2005

C____ ___KING
NORTH___ ___ ___ DISTRICT COURT
___ ___ ___ CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00531 JF-PVT |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| DENNIS MAI, | |
| Defendants | |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Dennis Mai to drive from the Northern District of California, to Reno/Tahoe area of the Sierra Nevada Mountains, encompassing the Eastern District of California and the District of Nevada from December 27, 2005, to December 29, 2005, for a ski trip with his family.

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED: 12/21/05

_____
United States Magistrate Judge

[PROPOSED] ORDER

1