FILED
FEB 22 2006
CLERK
NORTHERN ...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00531 JF-RS |
| Plaintiff, | ) | [PROPOSED] ORDER |
| vs. | ) | |
| DENNIS MAI, | ) | |
| Defendant | ) | |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Dennis Mai to drive from the Northern District of California, to the Sierra Nevada Mountains, in the Eastern District of California on February 24, 2006, for a ski trip with friends. *To return 2/24/06 PV7*

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED: 2/22/06

_____
United States Magistrate Judge

[PROPOSED] ORDER

1