FILED
MAR 22 2006
[NORTHERN] DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00531 JF-HRL |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER |
| vs. | ) | |
| DENNIS MAI, | ) | |
| Defendant | ) | |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Dennis Mai to drive from the Northern District of California, to the Sierra Nevada Mountains, in the Eastern District of California from March 24, 2006, to March 25, 2006, for a ski trip with friends. All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

DATED: 3/23/06

Patricia V. Trumbull
United States Magistrate Judge

[PROPOSED] ORDER

1