1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CSBN 161299)
   Assistant United States Attorney
5
   Attorneys for Plaintiff
6  United States of America

7      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5045

9

10                       IN THE UNITED STATES DISTRICT COURT

11                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,            )   No. CR 05-00531-JF
                                        )
13              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
14       v.                             )   ORDER RE: CONTINUANCE OF
                                        )   STATUS HEARING
15 DENNIS MAI,                          )
   ROLAND HERRERA, and                  )
16 YE TUAN BANH,                        )
                                        )
17              Defendants.             )
                                        )

18

19      The parties, by and through their counsel of record, hereby stipulate to the following:

20      1. The parties request that the Court continue the status/trial setting hearing presently set

21 for March 29, 2006 to May 10, 2006 at 9:00 a.m.

22      2. The parties stipulate and request that the Court find the following as a factual basis for

23 continuing the status conference:

24      Additional time is needed for the defense to complete investigation on several

25 outstanding matters, including the following: (1) a possible defense motion to re-weigh portions

26 of the drug exhibits; (2) completion of a defense request to physically inspect non-drug exhibits

27

28                                               1

FILED
MAR 3 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
MAR 2 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

in the case; and (3) additional time for Herrera's recently retained counsel to become familiar with the case. In addition, some discussions have commenced between the government and certain defendants with respect to a possible disposition. Additional time is required to complete the above-referenced investigative matters and to afford time for the parties to pursue negotiations stemming from the above-referenced investigative activities.

3. The parties agree that the time between March 29, 2006 and May 10, 2006 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in an earlier trial specifically based on the need for counsel to have adequate time to complete their pretrial investigation into the circumstances of the alleged drug transactions in this case. The parties therefore agree that a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendants effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

3/28/06
DATE

KEVIN V. RYAN
United States Attorney

JEFFREY D. NEDROW
Assistant United States Attorney

3/27/06
DATE

VICKI H. YOUNG
Attorney for Dennis Mai

2

1  3·27·06
   DATE                          Robert W. Lyons
                                 ROBERT LYONS, JR.
2                                Attorney for Roland Herrera

3
   _____
4  DATE                          ANGELA HANSEN
                                 Attorney for Ye Tuan Banh

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                               3

1  DATE _____   ROBERT LYONS, JR.
2                         Attorney for Roland Herrera
3  3/28/06
4  DATE                   ANGELA HANSEN
                          Attorney for Ye Tuan Banh

3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-00531-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING |
| | ) | |
| DENNIS MAI, ROLAND HERRERA, and YE TUAN BANH | ) ) ) ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from March 29, 2006 to May 10, 2006 at 9:00 a.m.

The Court finds the time from March 29, 2006 and May 10, 2006 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for counsel to have adequate time to complete their pretrial investigation into the circumstances of the alleged drug transactions in this case. The Court finds that a continuance is necessary to

//

//

ensure that counsel for the defendants are prepared to make informed decisions regarding the case. The Court further finds that denial of such a continuance would unreasonably deny defendants effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: 3/29/06

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE