\*\*E-filed 6/14/06\*\*

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>DENNIS MAI, )<br>ROLAND HERRERA, and )<br>YE TUAN BANH, )<br>)<br>        Defendants. )<br>) | No. CR 05-00531-JF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: CONTINUANCE OF<br>STATUS HEARING |

    The parties, by and through their counsel of record, hereby stipulate to the following:

    1. The parties request that the Court continue the status/trial setting hearing presently set for June 14, 2006 to July 19, 2006 at 9:00 a.m. The government and defendant Banh further request an order continuing the evidentiary hearing scheduled with respect to Banh's motion to suppress from June 14, 2006 to July 19, 2006 at 2:00 p.m.

    2. The parties stipulate and request that the Court find the following as a factual basis for continuing the status conference:

    With respect to the status conference, additional time is needed for the defense to

complete investigation on several outstanding matters, including the following: (1) a possible defense motion to re-weigh portions of the drug exhibits; and (2) completion of a defense request to physically inspect non-drug exhibits in the case.  In addition, some discussions have commenced between the government and certain defendants with respect to a possible disposition.  Additional time is required to complete the above-referenced investigative matters and to afford time for the parties to pursue negotiations stemming from the above-referenced investigative activities.

With respect to the evidentiary hearing, the parties are requesting the continuance in order to fully prepare for the evidentiary hearing.  Additional time is needed for the parties to examine and evaluate the sworn declaration submitted by each party and effectively prepare for the hearing.

3.   The parties agree that the time between June 14, 2006 and July 19, 2006 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and  3161(h)(8)(B)(iv).  The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in an earlier trial specifically based on the need for counsel to have adequate time to complete their pretrial investigation into the circumstances of the alleged drug transactions in this case.  The parties therefore agree that a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendants effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

```
                                        KEVIN V. RYAN
1                                       United States Attorney

2
     _____                     _____
3    DATE                               JEFFREY D. NEDROW
                                        Assistant United States Attorney
4
     _____                     _____
5    DATE                               VICKI H. YOUNG
                                        Attorney for Dennis Mai
6

7    _____                     _____
     DATE                               ROBERT LYONS
8                                       Attorney for Roland Herrera

9
     _____                     _____
10   DATE                               ANGELA HANSEN
                                        Attorney for Ye Tuan Banh
```

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-00531-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | <u>HEARING</u> |
| DENNIS MAI, | ) | |
| ROLAND HERRERA, and | ) | |
| YE TUAN BANH | ) | |
| _____ | ) | |

     FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from June 14, 2006 at 9:00 a.m. to July 19, 2006. It is further ordered that the evidentiary hearing scheduled for June 14, 2006 at 2:00 p.m. with respect to Banh's motion to suppress is continued to July 19, 2006 at 2:00 p.m.

     The Court finds the time from June 14, 2006 and July 19, 2006 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for counsel to have adequate time to complete their pretrial investigation into the circumstances of

the alleged drug transactions in this case. The Court finds that a continuance is necessary to ensure that counsel for the defendants are prepared to make informed decisions regarding the case. The Court further finds that denial of such a continuance would unreasonably deny defendants effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: 6/14/06

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE