IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>DENNIS MAI, )<br>    )<br>    Defendant. )<br>_____ ) | No. CR 05-00531 JF<br><br>~~PROPOSED~~ ORDER FOR<br>DELIVERY OF DRUG SAMPLES<br>FOR TESTING |

GOOD CAUSE BEING SHOWN, the Drug Enforcement Administration is hereby ordered to deliver samples of Drug Exhibits 3, 4, 8, 11, and 17 in this case to the defense expert for weighing, testing, and purity analysis. The defense expert is Central Valley Toxicology, 1580 Tollhouse Road, Clovis, California 93611. The telephone number for the laboratory is (559) 323-9940 .

Delivery of the samples of the specified exhibits shall be conditioned upon the DEA receiving a copy of Central Valley Toxicology's current DEA registration. The samples provided for testing shall not exceed 500 mg per sample. All portions of the samples not used in the testing process will be returned to the DEA lab by Central Valley Toxicology; however, Central Valley Toxicology is permitted to retain minutes samples of the drugs for chemical analysis.

IT IS SO ORDERED.

DATED:  9/27/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

ORDER RE: DRUG TESTING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE: DRUG TESTING            2