**E-filed 10/18/06**

VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS MAI, et. al.<br><br>　　　　　Defendants. | No. CR 05-00531-JF<br><br>STIPULATION RE CONTINUANCE OF STATUS DATE; [~~PROPOSE~~D] ORDER |

　　It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, defendant Roland Herrera, by and through his attorney of record Robert Lyons, defendant Ye Tuan Banh, by and through his attorney of record Assistant Federal Public Defender Jay Rorty, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the status date of October 18, 2006, at 9:00 a.m. be continued to November 8, 2006, at 9:00 a.m.  The reason for this continuance is that defense counsel has not yet obtained an independent review of the methamphetamine test results.

　　Under Title 18 U.S. C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1   It is so stipulated.

2   Dated:      October 16, 2006              Respectfully submitted,

3

4
                                              /s/ Vicki H. Young
5                                             VICKI H. YOUNG, ESQ.
                                              Attorney for Dennis Mai
6

7

8   Dated:      October 16, 2006              /s/ Robert Lyons
                                              ROBERT LYONS, ESQ.
9                                             Attorney for Roland Herrera

10

11  Dated:      October 16, 2006              /s/ Jay Rorty
                                              AFPD JAY RORTY
12                                            Attorney for Ye Tuan Banh

13

14  Dated:      October 16, 2006              KEVIN V. RYAN
                                              UNITED STATES ATTORNEY
15

16                                            /s/ Jeffrey D. Nedrow
                                              JEFFREY D. NEDROW
17                                            Assistant United States Attorney

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
                                   - 2 -

## P~~ROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the status appearance set for October 18, 2006, is continued to November 8, 2006.  This Court finds that the period from October 18, 2006, through and including November 8, 2006, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is the additional time was needed by the defense to obtain the independent drug test results.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

DATED:  10/18/06

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 3 -