IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DENNIS MAI,<br><br>　　　　　Defendant. | No. CR 05-00531 JF (PVT)<br><br>[~~PROPOSED~~] ORDER SHORTENING TIME |

UPON APPLICATION OF the defendant DENNIS MAI, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing of DENNIS MAI'S Motion for Discovery is shortened, and the Motion and Memorandum of Points and Authorities are ordered filed forthwith for hearing on March 22, 2007.

DATED: 3/12/07

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] ORDER
SHORTENING TIME　　　　　　- 1 -