1 VICKI H. YOUNG
Law Offices of Vicki H. Young
2 706 Cowper Street, Suite 202
Palo Alto, California 94301
3
Telephone (415) 421-4347
4
Counsel for Defendant Dennis Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-00531-JF (PVT) |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) MOTIONS DATE; |
| vs. | ) [PROPOSED] ORDER |
| DENNIS MAI, | ) |
| Defendant. | ) |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Jeffrey D. Nedrow, and defendant Dennis Mai, through his counsel Vicki H. Young, that March 22, 2007, hearing date on the Motion for Discovery filed by defendant Vuong be continued to Thursday April 5, 2007, at 11:00 a.m. The reason for this continuance is that defense counsel needs additional time to prepare a reply memorandum.

The parties stipulate that the period up to and including April 5, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h); and the basis for such exclusion is that the discovery motion is still pending, 18 U.S.C. § 3161(h)(1)(F) as well as the need for additional time for effective preparation of the pretrial motion by defense counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

///

///

- 1 -

1  It is so stipulated.

2  Dated:    March 19, 2007          Respectfully submitted,

3

4                                    /s/
                                     VICKI H. YOUNG, ESQ.
5                                    Counsel for Dennis Mai

6  Dated:    March 19, 2007          SCOTT N. SCHOOLS
                                     Interim United States Attorney
7

8
                                     /s/
9                                    JEFFREY D. NEDROW
                                     Assistant United States Attorney
10

- 2 -

[PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, the hearing date for the Motion for Discovery filed by defendant Dennis Mai is continued to Thursday April 5, 2007, at 11:00 a.m.

Under Title 18 U.S.C. §3161(h)(8)(B(iv), the Court finds that this change is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence and to permit continuity of counsel.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

As required by 18 U.S.C. §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 3/20/07

PATRICIA V. TRUMBULL
U.S. Magistrate Judge

STIP AND [PROPOSED] ORDER               - 3 -