VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Dennis Mai

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00531-JF (PVT) |
| Plaintiff, | STIPULATION TO CONTINUE STATUS DATE; |
| vs. | [PROPOSED] ORDER |
| DENNIS MAI, et.al. | |
| Defendants. | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Jeffrey D. Nedrow, and defendant Dennis Mai, through his counsel Vicki H. Young, and defenddant Ye Tuan Banh, through his counsel Assistant Federal Public Defender Jay Rorty that March 28, 2007, status date be continued to Wednesday April 18, 2007, at 9:00 a.m. The reason for this continuance is that the hearing on the discovery motion filed by defendant Mai has been continued to April 5, 2007.

The parties stipulate that the period up to and including April 18, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h); and the basis for such exclusion is that the discovery motion is still pending, 18 U.S.C. § 3161(h)(1)(F) as well as the need for additional time for effective preparation of the pretrial motion by defense counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

///

- 1 -

1  ///

2  It is so stipulated.

3  Dated:   March 23, 2007                    Respectfully submitted,

4

5                                              /s/
                                             VICKI H. YOUNG, ESQ.
6                                            Counsel for Dennis Mai

7  Dated:   March 23, 2007                    Respectfully submitted,
8

9
                                              /s/
10                                           JAY RORTY
                                             Assistant Federal Public Defender
11                                           Counsel for Ye Tuan Banh

12
   Dated:   March 23, 2007                   SCOTT N. SCHOOLS
13                                           Interim United States Attorney

14

15                                            /s/
                                             JEFFREY D. NEDROW
16                                           Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, the status date of March 28, 2007, is continued to Wednesday April 18, 2007, at 9:00 a.m.

Under Title 18 U.S. C. §3161(h)(8)(B(iv), the Court finds that this change is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence and to permit continuity of counsel.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

As required by 18 U.S.C. §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 3-27-07

JEREMY FOGEL
U.S. District Judge

STIP AND [PROPOSED] ORDER            - 3 -