1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 202
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Defendant Dennis Mai
5

6
                 IN THE UNITED STATES DISTRICT COURT
7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10

11 | UNITED STATES OF AMERICA,        )  No. CR 05-00531-JF (PVT)
                                      )
12 |         Plaintiff,                )  STIPULATION TO CONTINUE
                                      )  MOTIONS DATE;
13 |     vs.                           )  [PROPOSED] ORDER
                                      )
14 | DENNIS MAI,                       )
                                      )
15 |         Defendant.                )
   |_____)
16

17      It is hereby stipulated between the United States of America, by and through Assistant United

18 States Attorney Jeffrey D. Nedrow, and defendant Dennis Mai, through his counsel Vicki H. Young,

19 that April 5, 2007, hearing date on the Motion for Discovery filed by defendant Vuong be continued

20 to Wednesday April 11, 2007, at 11:00 a.m. The reason for this continuance is that defense counsel

21 needs additional time to prepare a reply memorandum.

22      The parties stipulate that the period up to and including April 11, 2007, is excludable time

23 under the Speedy Trial Act, 18 U.S.C. §3161(h); and the basis for such exclusion is that the

24 discovery motion is still pending, 18 U.S.C. § 3161(h)(1)(F) as well as the need for additional time

25 for effective preparation of the pretrial motion by defense counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

26 ///

   ///

- 2 -

1      It is so stipulated.

2   Dated:      April 2, 2007               Respectfully submitted,

4                                           /s/
                                          VICKI H. YOUNG, ESQ.
5                                           Counsel for Dennis Mai

6   Dated:      April 2, 2007               SCOTT N. SCHOOLS
                                          Interim United States Attorney

9                                           /s/
                                          JEFFREY D. NEDROW
                                          Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, the hearing date for the Motion for Discovery filed by defendant Dennis Mai is continued to Wednesday April 11, 2007, at 11:00 a.m.

Under Title 18 U.S. C. §3161(h)(8)(B(iv), the Court finds that this change is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence and to permit continuity of counsel.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

As required by 18 U.S.C. §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 4/3/07

PATRICIA V. TRUMBULL
U.S. Magistrate Judge