UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS MAI, et al.,<br><br>    Defendants. | Case No.: CR 05-0531 JF (PVT)<br><br>**ORDER RE DEFENDANT MAI'S MOTION FOR DISCOVERY** |

On April 11, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Defendant Dennis Mai's motion for an order compelling the United states to disclose certain items of discovery.[1] Based on the briefs and arguments submitted,

IT IS HEREBY ORDERED that Defendant Dennis Mai's motion is GRANTED IN PART as set forth herein.

The United States has already agreed to produce, and has produced, certain items in the case file, including the DEA-7's, the reports captioned "Report of Drug Property Collected, Purchased or Seized," DEA 86's, the reports captioned "Forensic Chemist Worksheet;" and all spectra or chemotographs generated during analysis of the drug exhibits in this case. The government represents that this production included the lab reports and analyst bench notes associated with those lab reports. The government declined to provide additional internal DEA lab documents beyond

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

those materials.

The United States also agreed to allow the defense expert to test the substance and, after rather complicated agreements facilitating that retest, the substance has been tested by the defense.

Defendant nonetheless brings this motion for discovery so as to assure that the government's evidence conforms with the reliability and admissibility requirements of *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Defendant argues that he needs the requested documents in order to prepare for a *Daubert* motion regarding the reliability of the DEA's testing in this case. The court agrees with regard to most of the requested documents. Thus, in addition to the items the government has already agreed to produce, the court hereby orders the government to produce the following documents:

- All protocols and manuals relating to the instruments the DEA used for testing the substances at issue herein.

- The most recent records, as of the date of the testing, of the calibration of the instruments and equipment used to test the substances at issue herein.

- The most recent records, as of the date of the testing, of maintenance of the instruments and equipment used to test the substances at issue herein.

- For each person who performed any of the tests at issue here, the most recent (as of the date of testing) proficiency test for: 1) each procedure conducted by that person; and 2) each machine used by that person.

- All licenses or other certificates of accreditation held by the DEA lab.

- Copies of external audits conducted for the purposes of acquiring or maintaining accreditation, or other purposes, within 6 months prior to the testing in this action.

- Current resumes and job description for each person involved in the conducting or reviewing the controlled substance analysis performed in this case and any Brady material relevant to impeaching the credibility of persons or laboratory.

IT IS FURTHER ORDERED that the parties shall continue to meet and confer with regard to any of the requested documents not addressed in this order. This order is without prejudice to a further motion to compel in the event the parties cannot resolve their dispute as to any of those documents.

Dated: 5/2/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*