1  SCOTT N. SCHOOLS (SCN #9990)
   United States Attorney

2
   MARK L. KROTOSKI (CSBN #138549)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CSBN #161299)
   Assistant United States Attorney
5
   Attorneys for Plaintiff
6  United States of America

7     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
8     Telephone: (408) 535-5045

9

**E-FILED**

## IN THE UNITED STATES DISTRICT COURT

10
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,              )        CR No. CR 05-00531 JF (PVT)
                                           )
13              Plaintiff,                 )        UNITED STATES' MOTION AND
                                           )        [PROPOSED] ORDER FOR A STAY
14         v.                              )        PENDING RESOLUTION OF APPEAL
                                           )
15  DENNIS MAI, et al.,                    )
                                           )
16                                         )
                Defendants.                )
17                                         )
                                           )
18

19        The United States hereby moves for a stay of the production requirements set forth in this

20  Court's Order of May 2, 2007 ("Order"). That order required the government to produce a variety

21  of items of discovery requested by the defense with respect to the testing of the drug exhibits in

22  this case. The United States has today concurrently filed its notice of appeal and request for a

23  briefing schedule with respect to the prosecution of that appeal.

24        The government requests a short stay of the discovery order so that this appeal may be

25  fully litigated before disclosure is made. The scope and nature of the Order is such that

26  compliance with the order will require disclosure of numerous internal DEA lab records which the

27  DEA regards as sensitive and non-discoverable pursuant to Rule 16. The government has

28  UNITED STATES' MOTION AND
    [PROPOSED] ORDER FOR A STAY
    PENDING RESOLUTION OF APPEAL
    CR 05-00531-JF

1  legitimate concerns regarding both the practical and precedential effects of compliance with the

2  order. A short stay of the order to permit prosecution of an appeal to the district court is therefore

3  requested.

4      A magistrate judge's authority to hear pretrial matters is derived from 28 U.S.C. §

5  636(b)(1)(A). Under Section 636(b)(1)(A), non-dispositive pretrial matters, such as the discovery

6  issue here, may be referred to a magistrate judge for hearing and determination. A district court

7  may reconsider a magistrate judge's non-dispositive ruling "where it has been shown that the

8  magistrate's order is clearly erroneous as a matter of law." Id. A magistrate judge is authorized to

9  stay its discovery order pending appeal to the district court. Torrance v. Aames Funding Corp.,

10  242 F.Supp.2d 862, 865 (D.Or. 2002).

11      A stay is appropriate here due to the contested legal issues, the logistical work involved in

12  producing the material, and what the government believes to be harmful precedent if a stay does

13  not issue. The government respectfully submits that the scope of the Order departs from

14  established precedent with respect to its scope and provides for discovery above and beyond the

15  scope of Rule 16.

16      For all of these reasons, a short stay to allow an appeal of the matter is appropriate. The

17  government accordingly requests that the Court stay its May 2, 2007 discovery order pending

18  appeal to the District Court.

19                                          Respectfully submitted,

20                                          SCOTT N. SCHOOLS
                                            United States Attorney
21
   Dated: _____                  _____
22                                          JEFFREY D. NEDROW
                                            Assistant United States Attorney
23
   IT IS SO ORDERED.
24

25  Date:  5/9/07                           _____
                                            PATRICIA V. TRUMBULL
26                                          UNITED STATES MAGISTRATE JUDGE

27

28  UNITED STATES' MOTION AND
    [PROPOSED] ORDER FOR A STAY
    PENDING RESOLUTION OF APPEAL
    CR 05-00531-JF                              2