**E-Filed 5/10/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case Number CR 05-0531 JF (PVT) |
|---|---|
| Plaintiff, | ORDER[1] RE APPEAL OF MAGISTRATE JUDGE'S DISCOVERY ORDER |
| v. | |
| DENNIS MAI, et al., | [re: docket no. 101] |
| Defendants. | |

On May 8, 2007, the Government appealed Magistrate Judge Trumbull's order to produce documents not produced previously and requested a briefing schedule. The Court hereby sets the following briefing schedule:

Government's Brief:   May 21, 2007

Defendant's Brief:    May 28, 2007

Each brief shall be limited to fifteen (15) pages. Oral argument is hereby set for Wednesday, June 6, 2007 at 9.00 a.m.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. CR 05-0531 JF (PVT)
ORDER RE APPEAL OF MAGISTRATE JUDGE'S DISCOVERY ORDER
(JFLC1)

1  IT IS SO ORDERED.

2

3  DATED: May 10, 2007

4
5                                              _____
6                                              JEREMY FOGEL
                                               United States District Judge

1  This Order has been served upon the following persons:
2  Rommel Bondoc            sdm819@sbcglobal.net, cmcshane@sbcglobal.net
3  Angela Milella Hansen    Angela_Hansen@fd.org
4  Jeffrey D. Nedrow        jeff.nedrow@usdoj.gov,
5  Jay Rorty                jay_rorty@fd.org, susie_barrera@fd.org
6  Vicki H. Young           vickihyoung@yahoo.com