VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MAI, et. al.<br><br>Defendants. | No. CR 05-00531-JF<br><br>STIPULATION RE CONTINUANCE OF STATUS DATE; [PROPOSED] ORDER |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, defendant Ye Tuan Banh, by and through his attorney of record Assistant Federal Public Defender Jay Rorty, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the status date of May 23, 2007, at 9:00 a.m. be continued to June 27, 2007, at 9:00 a.m. The reason for this continuance is that the Government has filed a notice of appeal from the Magistrate Judge's Order re Discovery, and the hearing on the appeal is going to be reset to June 27, 2007.

Under Title 18 U.S.C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

```
 1      It is so stipulated.

 2  Dated:      May 14, 2007              Respectfully submitted,

 3

 4
                                          /s/ Vicki H. Young
 5                                        VICKI H. YOUNG, ESQ.
                                          Attorney for Dennis Mai
 6

 7
    Dated:      May 14, 2007              /s/ Jay Rorty
 8                                        AFPD JAY RORTY
                                          Attorney for Ye Tuan Banh
 9

10  Dated:      May 14, 2007              SCOTT N. SCHOOLS
                                          UNITED STATES ATTORNEY
11

12
                                          /s/ Jeffrey D. Nedrow
13                                        JEFFREY D. NEDROW
                                          Assistant United States Attorney
14
```

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -

## PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the status appearance set for May 23, 2007, is continued to June 27, 2007. This Court finds that the period from May 23, 2007, through and including June 27, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is the Government is appealing the Magistrate Judge's discovery order.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

DATED:   5/18/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER