*efiled 5/21/07

1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 202
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-00531-JF |
| Plaintiff, | ) STIPULATION RE BRIEFING |
| v. | ) SCHEDULE AND HEARING; |
| DENNIS MAI, et. al. | ) [PROPOSED] ORDER |
| Defendants. | ) |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the briefing schedule set by this Court for hearing on the Government's Appeal of the Magistrate Judge's discovery order be revised as follows:

May 30, 2007 -   Government's Brief

June 15, 2007 -  Defendant's Mai's Response

June 20, 2007 -  Government's Reply

June 27, 2007 -  Hearing on the Motion

STIPULATION RE BRIEFING
AND HEARING; [PROPOSED] ORDER

- 1 -

1   The reason for this schedule modification is that defense counsel is unavailable from  June 6,
2   2007, to June 11, 2007.  Therefore she is unavailable on June 6, 2007, which is the date currently set
3   by the Court for hearing on the Motion.  Further, both parties require additional time to prepare their
4   pleadings.
5   Under Title 18 U. S. C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense
6   counsel the reasonable time necessary for effective preparation of the defense taking into the account
7   the exercise of due diligence.
8   It is so stipulated.
9   Dated:	May 14, 2007				Respectfully submitted,

11
						 /s/ Vicki H. Young
12						VICKI H. YOUNG, ESQ.
						Attorney for Dennis Mai
13

14
    Dated:	May 14, 2007				SCOTT N. SCHOOLS
15						UNITED STATES ATTORNEY

16

17						/s/ Jeffrey D. Nedrow
						JEFFREY D. NEDROW
18						Assistant United States Attorney

19

20

21

22

23

24

25

26

STIPULATION RE BRIEFING SCHEDULE
AND HEARING; [PROPOSED] ORDER
- 2 -

# PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the briefing schedule for the Government's Appeal of the Magistrate Judge's Discovery Order is modified as follows:

| | |
|---|---|
| May 30, 2007 - | Government's Brief |
| June 15, 2007 - | Defendant's Mai's Response |
| June 20, 2007 - | Government's Reply |
| June 27, 2007 - | Hearing on the Motion |

This Court finds that the period through and including June 27, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is the Government is appealing the Magistrate Judge's discovery order and the parties require additional time to prepare their pleadings.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: 5/23/07

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER