efiled 6/8/07

VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 202
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00531-JF |
| ) Plaintiff, ) | STIPULATION RE BRIEFING SCHEDULE AND HEARING; |
| v. ) | [PROPOSED] ORDER |
| DENNIS MAI, et. al. ) | |
| ) Defendants. ) | |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the briefing schedule for hearing on the Government's Appeal of the Magistrate Judge's discovery order be revised as follows:

June 18, 2007 -    Defendant's Mai's Response

June 22, 2007 -    Government's Reply

The hearing date for the Motion will remain as currently set for June 27, 2007.

The reason for this modification is that defense counsel believes that she will require additional time to prepare the Response to the Government's Appeal which was filed on May 30, 2007. Defense Counsel will be out of town from June 6, 2007, to June 11, 2007.

1     It is so stipulated.

2   Dated:    June 1, 2007               Respectfully submitted,

3

4

                                          /s/ Vicki H. Young

5                                           VICKI H. YOUNG, ESQ.
                                          Attorney for Dennis Mai

6

7

8   Dated:    June 1, 2007               SCOTT N. SCHOOLS
                                          UNITED STATES ATTORNEY

9

10                                          /s/ Jeffrey D. Nedrow
                                          JEFFREY D. NEDROW

11                                            Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE BRIEFING SCHEDULE
AND HEARING; [PROPOSED] ORDER

## PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the briefing schedule for the Government's Appeal of the Magistrate Judge's Discovery Order is modified as follows:

June 18, 2007 -        Defendant's Mai's Response

June 22, 2007 -        Government's Reply

As the hearing on the motion has already been scheduled for June 27, 2007, this Court has already found that the period through and including June 27, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h).

IT IS SO ORDERED.

DATED:   6/7/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 3 -