UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENNIS MAI, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR- 05-00531 JF PVT <br><br> **ORDER FOR SUPPLEMENTAL BRIEFING RE: MAY 2, 2007 DISCOVERY ORDER** |

On May 2, 2007, this Court issued an Order compelling the government to produce internal documents in the possession of the Drug Enforcement Agency lab responsible for testing the controlled substances in this drug trafficking case ("The Discovery Order").[1] On May 8, 2007, the government filed an appeal of The Discovery Order, arguing that Defendant had not made the necessary showing to call the expert's testimony "sufficiently into question" to warrant a hearing under *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). *Kumho Tire Co. v. Carmichael*, 526 U.S.137, 149, 152 (1999). On June 28, 2007 the District Court issued an Order finding that the motion raised an interesting question of constitutional law: "whether the Confrontation Clause requires a court to apply a lower standard of sufficiency (or

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

no standard at all) in granting a *Daubert* hearing in criminal cases." (June 28, 2007 Order at p. 2).  The Court then noted that Defendant indicated at the hearing that he could make the necessary showing under the standard in *Daubert.*   Based on the policy against deciding unnecessary questions of constitutional law, the District Court sent the matter back to the undersigned judge for examination in light of any further showing  made by Defendant.

On July 10, 2007, Defendant submitted documents for *in camera* review.  Based on the Court's review of these documents,   IT IS HEREBY ORDERED that:

1. Defendant has made the necessary showing to require a hearing  under *Daubert*;
2. No later than July 23, 2007 , Defendant shall file a brief supporting his right not to reveal  his *in camera* submission to the government and indicating at what point he must disclose the information; and
3. No later than July 23, 2007, Defendant shall lodge for further *in camera* review  a brief supporting Defendant's right to a *Daubert* hearing covering the entire testing process as applied to Defendant.

Dated: July 13, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge