1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney                                    *efiled 2/5/08
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CSBN 161299)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, CA 95113
   Telephone: (408) 535-5045
7  Facsimile:  (408) 535-5066
   Email: jeff.nedrow@usdoj.gov
8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,          )     No. CR 05-00531-JF
12                                     )
             Plaintiff,                )
13                                     )     STIPULATION AND [PROPOSED]
             v.                        )     ORDER RE: CONTINUANCE OF
14                                     )     GOVERNMENT'S FILING
   DENNIS MAI,                         )     DEADLINE AND HEARING RE:
15                                     )     COMPLIANCE WITH DISCOVERY
                                       )     ORDER
16                                     )
             Defendant.                )
17  _____   )

18
19        The parties, by and through their counsel of record, hereby stipulate to the following:

20        1.  At the January 16, 2008 status conference in this case, the defense raised the issue of

21  the government's compliance with the discovery order in this case.  The Court set a briefing

22  schedule which required the defense to file a submission outlining its concerns by January 30,

23  2008.  The government was to file its response by February 6, 2008, and a hearing on the matter

24  was scheduled for February 13, 2008.

25        2.  On January 30, 2008 the defense filed a letter outlining its concerns.

26        3.  The government herein requests a one-week extension to file its response to the

27  defense filing.  The reason for the government request is that one of the DEA lawyers involved in

28                                       1

assisting underlying counsel with responding to this request is out of the office traveling between now and February 6. This particular lawyer helped prepare the discovery provided pursuant to the Court order, and is knowledgeable of the DEA records at issue in this case. Accordingly, the government requests a one-week extension to gain the input of this individual. Vicki H. Young, counsel for Dennis Mai, has stated that she has no objection to this proposed extension of the government's filing deadline.

4. As counsel for defendant Mai is unavailable on February 20, 2008, the parties jointly request that the hearing date be continued from February 13, 2008 to February 27, 2008.

5. The parties agree that the time between February 13, 2008 and February 27, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Section 3161(h)(1)(F), in that the government's appeal of the magistrate judge's order remains pending before the Court, and the hearing on that matter has not been concluded.


JOSEPH P. RUSSONIELLO
United States Attorney

DATED: FEBRUARY 1, 2008

_____
          /s/
JEFFREY D. NEDROW
Assistant United States Attorney

DATED: FEBRUARY 1, 2008

_____
          /s/
VICKI H. YOUNG
Attorney for Dennis Mai

2

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )      NO. CR 05-00531-JF
                                      )
11                                    )
                  Plaintiff,          )
12                                    )      ORDER RE: CONTINUANCE OF
                                      )      GOVERNMENT'S FILING
13            v.                      )      DEADLINE AND HEARING RE:
                                      )      COMPLIANCE WITH DISCOVERY
14   DENNIS MAI,                      )      ORDER
                                      )
15                Defendant.          )
     _____)
16
          FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE

17   PARTIES, IT IS HEREBY ORDERED that the government's deadline for filing its response to

18   the defendant's January 30, 2008 submission is continued from February 6, 2008 to February 13,

19   2008.  It is further ordered that the hearing scheduled for February 13, 2008 is continued to

20   February 27, 2008 at 9:00 a.m.

21        The Court finds the time between February 13, 2008 and February 27, 2008 excludable

22   from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant

23   //

24   //

25   //

26   //

27

28                                      3

to Title 18, United States Code, Section 3161(h)(1)(F), in that the government's appeal of the magistrate judge's order remains pending before the Court, and the hearing on that matter has not been concluded.

DATE: 2/4/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE