1 VICKI H. YOUNG
  Law Offices of Vicki H. Young
2 706 Cowper Street, Suite 205
  Palo Alto, California 94301
3
  Telephone   (415) 421-4347
4 Fax         (650) 289-0636

5 Counsel for Dennis Mai

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        )   No. CR 05-00531-JF (PVT)
                                    )
12              Plaintiff,          )   STIPULATION RE CONTINUANCE
                                    )   OF DISCOVERY COMPLIANCE
13      v.                          )   DATE; [XXXXXXXXXX] ORDER
                                    )
14 DENNIS MAI,                      )
                                    )
15              Defendant.          )
                                    )
16

17     It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of

18 record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey

19 Nedrow, that the July 25, 2008, compliance date for the disclosure of the defense expert and

20 summary report under Rule 16 set by this Court on June 6, 2008, is continued to August 2xx 2008.  August 28, 2008 PVT

21 The reason for the continuance of the disclosure date is that the August 7, 2008, <u>Daubert</u> hearing has

22 been vacated, and will be reset to September 11, 2008.

23 ///

24 ///

25

26
   STIPULATION RE CONTINUANCE;
   [PROPOSED] ORDER
                                    - 1 -

1   It is so stipulated.

2   Dated:   July 24, 2008                          Respectfully submitted,

3

4
                                                     /s/ Vicki H. Young
5                                                   VICKI H. YOUNG, ESQ.
                                                    Attorney for Dennis Mai
6

7

8   Dated:   July 24, 2008                          JOSEPH RUSSIONIELLO
                                                    UNITED STATES ATTORNEY
9

10
                                                     /s/ Jeffrey D. Nedrow
11                                                  JEFFREY D. NEDROW
                                                    Assistant United States Attorney
12

13

14

15                          [XXXXXXXXX] ORDER

16
        GOOD CAUSE BEING SHOWN, the disclosure of defense Rule 16 expert reports and
17
    examinations for the <u>Daubert</u> hearing to be held before Judge Fogel on September 11, 2008, is
18
    continued to August 28, 2008.
19
        IT IS SO ORDERED.
20
    DATED:   July 25, 2008
21                                                  _____
                                                    PATRICIA V. TRUMBULL
22                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26
    STIPULATION RE CONTINUANCE
    [PROPOSED] ORDER
                                                - 2 -