JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

150 Almaden Boulevad, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                        )<br>        Plaintiff,                      )<br>                                        )<br>        v.                              )<br>                                        )<br>DENNIS MAI,                             )<br>                                        )<br>                                        )<br>                                        )<br>        Defendant.                      )<br>_____) | CR No.: CR 05-00531-JF<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER FOR CONTINUANCE OF<br><u>DAUBERT HEARING</u> |

The United States, through its counsel Jeffrey Nedrow, and defendant Dennis Mai, through his counsel Vicki Young, hereby agree and stipulate to a continuance of the *Daubert* hearing in this case scheduled for Thursday, September 11, 2008 to Thursday, October 9, 2008 at 9:00 a.m.

The parties stipulate and request that the Court find the following as a factual basis for continuing the status conference:

The parties have respectively submitted briefs regarding their views on the law governing a *Daubert* hearing, and have further exchanged reports and resumes regarding their respective experts. Additional time is needed for both the government and the defense to review these recently submitted materials and prepare for the *Daubert* hearing.

In light of these facts, the parties agree that the time between September 11, 2008 and

STIPULATION RE: CONTINUANCE
CR 05-00531-JF                          1

October 9, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for the government and the defense to have adequate time to review the pleadings and discovery mutually provided pertinent to the scheduled *Daubert* hearing. In particular, the parties have exchanged detailed information regarding the qualifications and opinions of their experts which the parties need additional time to assess. For these reasons, the parties agree that a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the government and the defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).


JOSEPH P. RUSSONIELLO
United States Attorney


September 16, 2008                    _____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney


September 16, 2008                    _____/s/_____
VICKI H. YOUNG
Attorney for Defendant Dennis Mai


STIPULATION RE: CONTINUANCE
CR 05-00531-JF                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )
                  Plaintiff,         )        CR No.: CR 05-00531-JF
                                     )
        v.                           )        PROPOSED ORDER FOR
                                     )        CONTINUANCE OF
DENNIS MAI,                          )        DAUBERT HEARING
                                     )
                                     )
                                     )
                  Defendant.         )
_____ )

    FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE

PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is

continued from September 11, 2008 at 9:00 a.m. to October 9, 2008 at 9:00 a.m.

    The Court finds the time between September 11, 2008 and October 9, 2008 excludable

from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant

to Title 18, United States Code, Sections 3161(h)(8)(A) and  3161(h)(8)(B)(iv).  The parties

agree that the time is excludable in that the ends of justice served by granting this continuance

outweigh the best interests of the public and the defendant in an earlier trial specifically based on

the need for the government and the defense to have adequate time to review the pleadings and

discovery mutually provided pertinent to the scheduled *Daubert* hearing.  In particular, the

parties have exchanged detailed information regarding the qualifications and opinions of their

experts which the parties need additional time to assess.  For these reasons, a continuance is

STIPULATION RE: CONTINUANCE
CR 05-00531-JF                    3

1   necessary to ensure that counsel are prepared to make informed decisions regarding the case, and

2   denial of such a continuance would unreasonably deny the government and the defendant

3   effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

4

5   IT IS SO ORDERED.

6

7   DATE: ___9/24/08___

8     nunc pro tunc to 9/11/08        JEREMY FOGEL
                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: CONTINUANCE
CR 05-00531-JF                    4