VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone    (415) 421-4347
Fax             (650) 289-0636

Counsel for Dennis Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00531-JF |
| Plaintiff, | |
| v. | STIPULATION RE CONTINUANCE OF DAUBERT HEARING DATE; [PROPOSED] ORDER |
| DENNIS MAI, | |
| Defendant. | |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the Daubert hearing set for October 9, 2008, be continued to October 30, 2008, at 9:00 a.m. The parties stipulate and request that the Court find the following as a factual basis for continuing the status conference:

Counsel for defendant Dennis Mai has advised the government and the court that she has been ill and will not be able to effectively represent Mr. Mai at the evidentiary hearing set for October 9, 2008. Additionally, the government has recently supplied the defense with a bibliography of materials that may be used during the Daubert hearing. Additional time is needed for the defense to

1 review these recently submitted materials and prepare for the <u>Daubert</u> hearing.

2     In light of these facts, the parties agree that the time between October 9, 2008 and October 30, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for the defense counsel to recover from her illness and for the defense to have adequate time to review the materials recently provided by the government. For these reasons, the parties agree that a continuance is necessary to ensure for effective preparation, and denial of such a continuance would unreasonably deny the defendant continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

                                                     Respectfully submitted

Dated:     Oct. 8, 2008                                    /s/   Vicki H. Young
                                                      VICKI H. YOUNG
                                                      Attorney for Defendant Dennis Mai


                                                      JOSEPH P. RUSSONIELLO
                                                     United States Attorney

Dated:     Oct. 8, 2008                                    /s/   Jeffrey D. Nedrow
                                                     JEFFREY D. NEDROW
                                                   Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Plaintiff,                       )<br>                                                      )<br>            v.                                    )<br>                                                      )<br>DENNIS MAI,                              )<br>                                                      )<br>                                                      )<br>            Defendant.                   )<br>_____) | CR No.: CR 05-00531-JF<br><br>PROPOSED ORDER FOR<br>CONTINUANCE OF<br><u>DAUBERT HEARING</u> |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the evidentiary hearing in the above-referenced case is continued from October 9, 2008, at 9:00 a.m. to October 30, 2008 at 9:00 a.m.

The Court finds the time between October 9, 2008 and October 30, 2008 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for defense counsel to recover from her illness and for the defense to have adequate time to review the materials recently provided by the government. For these reasons, a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

continuance would unreasonably deny the government and the defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: 10/9/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 4 -