VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone    (415) 421-4347
Fax            (650) 289-0636

Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00531-JF |
| ) | |
| Plaintiff, ) | STIPULATION RE CONTINUANCE |
| ) | OF POST-HEARING BRIEFING; |
| v. ) | [~~PROPOSED~~] ORDER |
| ) | |
| DENNIS MAI, et. al. ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the filing date for the post-hearing briefing currently due on November 12, 2008, be continued to November 17, 2008. The reason for this continuance is that defense counsel has a temporary medical problem that is interfering with her ability to complete the briefing.

Under Title 18 U.S. C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account the exercise of due diligence.

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1     It is so stipulated.

2   Dated:     November 10, 2008          Respectfully submitted,

                                             /s/ Vicki H. Young
                                           VICKI H. YOUNG, ESQ.
                                           Attorney for Dennis Mai

8   Dated:     November 10, 2008          JOSEPH P. RUSSIONIELLO
                                           UNITED STATES ATTORNEY

                                           /s/ Jeffrey D. Nedrow
                                           JEFFREY D. NEDROW
                                           Assistant United States Attorney

## PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the filing date for the post-hearing briefing ordered on October 30, 2008, is continued from November 12, 2008, to November 17, 2008.

IT IS SO ORDERED.

Dated:   11/12/08

                                             JEREMY FOGEL
                                           U.S. District Judge

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER