VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone     (415) 421-4347
Fax                (650) 289-0636

Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00531-JF |
| Plaintiff, | STIPULATION RE CONTINUANCE OF STATUS/SETTING DATE; |
| v. | [PROPOSED] ORDER |
| DENNIS MAI, | |
| Defendant. | |

    It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the status/setting date of January 14, 2009, at 9:00 a.m. be continued to January 28, 2009, at 9:00 a.m.  The reason for this continuance is that the transcript for the Daubert evidentiary hearing will not be finished until January 16, 2009, and defense counsel Vicki Young will need additional time to review the transcript prior to the next court appearance.  The parties are also discussing terms of a possible resolution of the case.

    Under Title 18 U.S. C. §3161(h)(8)(B(iv), the continuance is necessary to allow defense counsel the reasonable time necessary for effective preparation of the defense taking into the account

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1  the exercise of due diligence.

2      It is so stipulated.

3  Dated:    January 7, 2009    Respectfully submitted,

6      /s/ Vicki H. Young
    VICKI H. YOUNG, ESQ.
    Attorney for Dennis Mai

9  Dated:    January 9, 2009    JOSEPH RUSSONIELLO
    UNITED STATES ATTORNEY

12      /s/ Jeffrey D. Nedrow
    JEFFREY D. NEDROW
    Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -

1 PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the status/setting appearance set for January 14, 2009, is continued to January 28, 2009. This Court finds that the period from January 14, 2009, through and including January 28, 2009, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that defense counsel has not yet received a transcript that has been ordered, and she will need additional time to review the transcript once it has been prepared.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

DATED:   1/14/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 3 -