| | |
|---|---|
| 1 | VICKI H. YOUNG |
|   | Law Offices of Vicki H. Young |
| 2 | 706 Cowper Street, Suite 205 |
|   | Palo Alto, California 94301 |
| 3 | |
|   | Telephone     (415) 421-4347 |
| 4 | Fax               (650) 289-0636 |
| 5 | Counsel for Dennis Mai |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00531-JF |
|                           | ) | |
|         Plaintiff,        | ) | STIPULATION RE CONTINUANCE |
|                           | ) | OF SENTENCING DATE; |
|     v.                    | ) | [PROPOSED] ORDER |
|                           | ) | |
| DENNIS MAI,               | ) | |
|                           | ) | |
|         Defendant.        | ) | |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the sentencing date of October 14, 2009 at 9:00 a.m. be continued to December 9, 2009, at 9:00 a.m.  The reason for this continuance is that the interview with the probation officer has not been completed, due to defense counsel's schedule this fall.  A continuance to December is necessary to accommodate the interview and the time needed for the probation officer to prepare the report.

Probation Officer Charlie Mabie has been advised of this request and has no objection.

It is so stipulated.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

///

Dated: September 30, 2009          Respectfully submitted,


/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Dennis Mai


Dated: September 30, 2009          JOSEPH RUSSONIELLO
                                   UNITED STATES ATTORNEY


/s/ Jeffrey D. Nedrow
JEFFREY D. NEDROW
Assistant United States Attorney


**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of October 14, 2009, is continued to December 9, 2009, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 10/2/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER