VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone      (415) 421-4347
Fax            (650) 289-0636

Counsel for Dennis Mai

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00531-JF |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; [PROPOSED] ORDER |
| v. | |
| DENNIS MAI, | |
| Defendant. | |

It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the sentencing date of December 9, 2009, at 9:00 a.m. be continued to February 24, 2010, 2009, at 9:00 a.m.  The reason for this continuance is that defense counsel's schedule this fall was impacted by her father's illness and subsequent death, and she was unable to schedule the necessary safety valve and probation office interviews.  A continuance to February is necessary to accommodate both interviews and to allow the time needed for the probation officer to prepare the report.

Probation Officer Charlie Mabie has been advised of this request and has no objection.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1    It is so stipulated.

2

3    Dated:        December 3, 2009                Respectfully submitted,

4

5                                                 /s/ Vicki H. Young
6                                                 VICKI H. YOUNG, ESQ.
                                                  Attorney for Dennis Mai
7

8

9    Dated:        December 4, 2009                JOSEPH RUSSONIELLO
                                                  UNITED STATES ATTORNEY
10

11                                                /s/ Jeffrey D. Nedrow
12                                                JEFFREY D. NEDROW
                                                  Assistant United States Attorney
13

14

15                              **PROPOSED ORDER**

16

17        GOOD CAUSE BEING SHOWN, the sentencing date of December 9, 2009, is continued to

18   February 24, 2009, at 9:00 a.m.

19        IT IS SO ORDERED.

20   DATED: 12/8/09

21                                                _____
                                                  JEREMY FOGEL
22                                                UNITED STATES DISTRICT JUDGE

23

24

25

26

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER