VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone   (415) 421-4347
Fax           (650) 289-0636

Counsel for Dennis Mai

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00531-JF |
| Plaintiff, ) | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. ) | [PROPOSED] ORDER |
| DENNIS MAI, ) | |
| Defendant. ) | |

    It is hereby stipulated between the defendant Dennis Mai, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Nedrow, that the sentencing date of February 24, 2009, at 9:00 a.m. be continued to March 18, 2010, at 9:00 a.m.  The reason for this continuance is that defense counsel received the draft presentence report on January 25, 2010, and she needs time to prepare a response to the draft report and a sentencing memorandum.

    Probation Officer Charlie Mabie has been advised of this request and has no objection.

///

///

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1  It is so stipulated.

3  Dated:    January 28, 2010                    Respectfully submitted,

   /s/ Vicki H. Young
   VICKI H. YOUNG, ESQ.
   Attorney for Dennis Mai

9  Dated:    January 28, 2010                    JOSEPH RUSSONIELLO
                                                 UNITED STATES ATTORNEY

   /s/ Jeffrey D. Nedrow
   JEFFREY D. NEDROW
   Assistant United States Attorney

**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of February 24, 2010, is continued to March 18, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/2/10

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER

- 2 -