# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**
Dennis Mai

**Docket Number**
0971 5:05CR00531-001 BLF

**Name of Sentencing Judge:** The Honorable Jeremy Fogel
United States District Judge

**Date of Original Sentence:** March 18, 2010

**Original Offense:**
Count One: Conspiracy to Distribute and Possess with Intent to Distribute MDMA, 21 U.S.C. § 846, a Class C Felony. Count Two: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 841, a Class B Felony.

**Original Sentence:** 54 months imprisonment, followed by five years supervised release

**Special Conditions:** $200 special assessment; testing/treatment for drug and/or alcohol abuse, financial disclosure; alcohol ban; search; no contact with codefendants; weapons ban; DNA collection.

**Prior Form(s) 12:** On January 22, 2015, a judicial notice was filed as a result of Mai submitting a urinalysis which tested positive for methamphetamine on January 5, 2015, and his failure to report for two drug tests. The matter was submitted as a duty matter to the Honorable Lucy H. Koh, United States District Judge, who concurred with the recommendation from the U.S. Probation Office, took judicial notice, and no further action was taken.

On July 16, 2015, a Petition for Summons for Offender Under Supervision was filed after Mai tested positive for methamphetamine on numerous occasions, missed treatment sessions, and missed drug tests. Mai made his initial appearance on August 6, 2015, before the Honorable Paul S. Grewal, United States Magistrate Judge. The matter was set before the Honorable Beth Labson Freeman, on August 18, 2015, and a Bond Hearing was set for August 24, 2015. Mai remained out of custody. On August 18, 2015, the Court was made aware of Mai's additional violation conduct, which prompted the Bond Hearing. On August 20, 2015, an Amended Petition for Summons for Offender Under Supervision was filed alleging Charges Three and Four, which related to the offender's failure to submit to drug testing and treatment. Pursuant to the Bond Hearing held before Judge Grewal on August 24, 2015, the offender was ordered to surrender to the custody of the U.S. Marshals Service (USMS) on August 25, 2015. A Further

RE:   Mai, Dennis                                                                                                   2
      0971 5:05CR00531-001 BLF

Status/Evidentiary Hearing was set before the Honorable Beth Labson Freeman on September 8, 2015, which was held and continued to September 15, 2015. A Revocation Hearing was held on September 22, 2015, at which time the offender admitted to Charges One and Two of the Amended Petition, and was sentenced, effective on September 23, 2015, to time served. The offender was also sentenced to four years supervised release, with the addition of a no-alcohol condition for 12 months, and placement at a residential treatment facility to commence on September 23, 2015, for a period of at least 90 days.

On December 22, 2015, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was filed with the Court to include mental health counseling based on a recommendation from the residential treatment staff. The Court approved the modification the same day.

On July 15, 2016, a Petition for Summons was filed with the Court alleging violations associated with positive drug tests and failure to comply with treatment and testing. He made an initial appearance on July 29, 2016, before the Honorable Howard R. Lloyd, United States Magistrate Judge, who ordered Mai into residential treatment as a condition of release. The offender entered into said treatment on August 1, 2016, and made his initial appearance before the Honorable Beth Labson Freeman on September 27, 2016. Based on a violation of offender's conditions of release, which included positive drug test while in residential treatment, the Court remanded Mai into custody of the USMS on October 18, 2016. On November 1, 2016, the offender admitted to Charges One, Two, and Three of the petition. Mai remained in federal custody until November 15, 2016, at which time the Court ordered him released into a residential treatment program, and continued under the same terms of supervision.

On January 5, 2017, a Petition for Summons was filed with the Court, alleging two violations associated with drug use and failure to participate in residential treatment. On January 18, 2017, Mai made his initial appearance before the Honorable Nathanael Cousins, United States Magistrate Judge, who released the offender under the same terms and conditions of supervision. The matter was scheduled for February 21, 2017, before the Honorable Beth Labson Freeman. On January 20, 2017, the Government submitted an informal request to the Court requesting the matter to be advanced due to concern regarding Mai's ongoing drug use.

On January 23, 2017, an Amended Petition for Summons was submitted to include a third violation. The client verbally and in writing admitted to the use of methamphetamine on January 23, 2017. On February 21,2017, the Court revoked supervision with seven months custody, followed by 24 months supervised release, as to each count, to be served concurrent to each other. No additional conditions to supervision were added. Mr. Mai commenced supervision on July 24, 2017, in the Northern District of California, and October 2017, supervision was transferred to the Central District of California (CDCA).

On March 5, 2018, a Judicial Notice was filed as a result of Mai submitting a urinalysis which tested positive for methamphetamine on January 27, 2018 and January 30, 2018. The matter was submitted to the Honorable Beth Labson Freeman, United Stated District Judge, who concurred with the recommendation from the U.S. Probation Office, took judicial notice, and no further action was taken.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | July 24, 2017 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Jeff Nedrow | Vicki Young (Appointed) |

## Petitioning the Court

To modify the conditions of Supervised Release as follows:

Dennis Mai, as a special condition of supervision, shall reside for a period not to exceed 120 days in a residential reentry center (community corrections component/pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

## Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number One that states in part, he shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. |
| | On February 24, and February 26, 2018, Mr. Mai failed to report for scheduled urinalysis testing at Detection & Treatment Resources Inc. |
| | Evidence of the alleged violation is contained in a Non-Compliance report from Detection & Treatment Resources Inc. |
| Two | There is probable cause to believe that the offender violated standard condition number seven that states he shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | On February 26, 2018, Mr. Mai submitted a urinalysis sample which was found to contain amphetamine. To Mr. Mai's credit, he text messaged the Probation Officer admitting to his latest drug use. A signed admission form for drug use was obtained. |
| | Evidence of the alleged violation is contained in the Admission of Drug Use form and in the San Diego Regional Drug Testing Laboratory Test Result Final Report number 0100168819. |

RE:   Mai, Dennis  4
      0971 5:05CR00531-001 BLF

CAUSE

Mr. Mai's supervision was transferred to the Central District of California on October 2, 2017.

As a result of this violation, the assigned Probation Officer proposed a modification for Mr. Mai to reside in a residential reentry center, as part of the community corrections component, not to exceed 120 days. Mr. Mai agreed and signed the Waiver of Hearing form. Additionally, Mr. Mai will be required to participate in individual substance abuse counseling on a weekly basis and test up to six times a month.

Mr. Mai continues to remain unemployed, since his transfer to the Central District of California. Mr. Mai's mental health has limited his employment possibilities.

It is recommended the supervision conditions be modified in an effort to continue to work with Mr. Mai and his substance abuse issues.

Respectfully submitted,                            Reviewed by:

*Amy J Rizor*                                      *Amy J Rizor for*

_____                _____
Amy Rizor                                          Veronica Ramirez
Supervisory U.S. Probation Officer                 Deputy Chief U.S. Probation Officer
Date Signed: March 15, 2018

---

THE COURT ORDERS:

☑   To modify the conditions of probation as follows:

    Dennis Mai, as a special condition of supervision, shall reside for a period not to exceed 120 days in a residential reentry center (community corrections component/pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:


March 15, 2018                                     *Beth Labson Freeman*
_____                    _____
Date                                               Beth Labson Freeman
                                                   United States District Judge