# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| Dennis Mai | ) |
| | ) USDC Case Number: CR-5-00531-001 BLF |
| | ) BOP Case Number: DCAN55CR00531-001 |
| | ) USM Number: 10307-111 |
| | ) Defendant's Attorney: Vicki H. Young, Appointed |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): <u>Charges One and Two of the Petition for Summons filed on November 29, 2018.</u>

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report for random drug testing | 10-29-18 |
| Two | Use of controlled substance | 10-20-18 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2292

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Sherman Oaks, California

3/5/2019
Date of Imposition of Judgment

/s/ Beth Labson Freeman
Signature of Judge

The Honorable Beth Labson Freeman
United States District Judge
Name & Title of Judge

Mar 8, 2019
Date Signed

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 4 months, with no supervision to follow.

[✓] The Court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

[✓] The defendant shall surrender to the United States Marshal for this district:

    [ ] at      [ ] am    [✓] pm    on 3/26/2019 (no later than 2:00 pm).

    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] at _____ [ ] am [ ] pm on _____ (no later than 2:00 pm).

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL